NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARP MATERIALS, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

**THE HARRISON STEEL CASTINGS COMPANY,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2021-2176, 2021-2177

---

Appeals from the United States Court of International Trade in No. 1:20-cv-00144-MMB, 1:20-cv-00147-MMB, Judge M. Miller Baker.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, LINN[1], DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

# O R D E R

ARP Materials, Inc. and The Harrison Steel Castings Company filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by the United States. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue December 9, 2022.

FOR THE COURT

December 2, 2022  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
 Clerk of Court

---

[1] Circuit Judge Linn participated only in the decision on the petition for panel rehearing.